UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| NELSON ENRIQUE FERNANDEZ CHACIN, <br><br> Petitioner, <br><br> v. <br><br> PHILLIP VALDEZ, et al., <br><br> Respondents. | No. 6:26-CV-038-H |

## ORDER OF DISMISSAL

Before the Court is respondents' unopposed motion to dismiss for lack of jurisdiction. Dkt. No. 9. The respondents advise that the petitioner has been released from ICE custody as of March 5, 2026, and therefore his habeas petition is now moot. *Id.* at 1. Accordingly, the Court finds that the motion should be granted. This case is dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on March 10, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE